# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDALL DIETER, | : | |
| *Plaintiff*, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 18-1178 |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | |
| *Defendant*. | : | |

## ORDER

AND NOW, this 11th day of May, 2020, after review of the Report and Recommendation (ECF No. 15) of Carol Sandra Moore Wells, United States Magistrate Judge, it is hereby ORDERED as follows:

1. The Report and Recommendation (ECF No. 15) is APPROVED and ADOPTED; and

2. Plaintiff's Request for Review (ECF No. 11) is DENIED.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II   J.