# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDALL DIETER,  :  *Plaintiff*,  :  :  v.  :  :  ANDREW SAUL,  :  Commissioner of the  :  Social Security Administration,  :  *Defendant*.  : | CIVIL ACTION  NO. 18-1178 |

## ORDER

AND NOW, this 18th day of September, 2020, after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells (ECF No. 15), Plaintiff's Objections thereto (ECF No. 17), and Defendant's Response to Plaintiff's Objections (ECF No. 19), it is hereby ORDERED as follows:

1. The Report and Recommendation (ECF No. 15) is APPROVED and ADOPTED; and

2. Plaintiff's Request for Review (ECF No. 11) is DENIED.[1]

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II   J.

---

[1] On May 11, 2020, the Court mistakenly issued an Order (ECF No. 16) adopting and approving the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells without having received Plaintiff's Objections. The Court vacated said Order on July 14, 2020. (*See* Court's Order, ECF No. 20).